IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

YULIA YUREVNA ABAIR,

Defendant.

CASE NUMBER: 3:12-CR-00076-JD

## ASSERTION OF FIFTH AND SIXTH AMENDMENT RIGHTS

I, Yulia Yurevna Abair, hereby assert my Fifth and Sixth Amendment rights to remain silent and to have counsel present at any and all of my interactions with the government or others acting on the government's behalf. I do not wish to, and will not, waive any of my constitutional rights except in the presence of counsel. I do not want the government or others acting on the government's behalf to question me, or to contact me seeking my waiver of any rights, unless my counsel is present.[1]

_____
Yulia Yurevna Abair

_____4/30/14_____
Date

---

[1] *See Maine v. Moulton*, 474 U.S. 159, 176 (1985) (holding Sixth Amendment violated when government obtains confession by knowingly circumventing accused's right to have counsel present in a confrontation between accused and government); *Edwards v. Arizona*, 451 U.S. 477, 484 (1981) (holding that once accused has expressed desire to deal with law enforcement only through counsel, no interrogation may take place in absence of counsel unless accused initiates communication with law enforcement).

1

On this 30th day of April 2014.

Respectfully submitted,

   /s/ Andrew LeGrand                 
Andrew P. LeGrand
  *Admitted Pro Hac Vice*
TX Bar No. 24070132
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX  75201-6912
Telephone:  214.698.3100
Facsimile:  214.571.2900
*alegrand@gibsondunn.com*

Attorney for Yulia Yurevna Abair

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of April 2014, I caused a copy of the foregoing

Assertion of Rights to be filed electronically, and I also sent a copy of the foregoing via e-mail to

the following attorneys of record for the United States of America.


Donald J Schmid
Assistant United States Attorney
Donald.Schmid@usdoj.gov


Christine Carson
Assistant United States Attorney
Christine.Carson@usdoj.gov


  /s/ Andrew LeGrand
Andrew P. LeGrand
  *Admitted Pro Hac Vice*
TX Bar No. 24070132
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX  75201-6912
Telephone:  214.698.3100
Facsimile:  214.571.2900
*alegrand@gibsondunn.com*

Attorney for Yulia Yurevna Abair


101721500.1

**3**